UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 10-3386 DSF (MANx) | Date | 6/14/10 |
|---|---|---|---|
| Title | Paulino Alamillo v. Ocwen Loan Servicing, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, Los Angeles County for Lack of Subject Matter Jurisdiction

   This matter was removed by Defendant Ocwen Loan Servicing, LLC based on diversity jurisdiction. Suits filed in state court may be removed to federal court if the federal court would have had original jurisdiction over the suit. 28 U.S.C. § 1441(a). A removed action must be remanded to state court if the federal court lacks subject matter jurisdiction. 28 U.S.C. § 1447(c). The "burden of establishing federal subject matter jurisdiction is on the party seeking removal . . . ." Prize Frize, Inc. v. Matrix (U.S.) Inc., 167 F.3d 1261, 1265 (9th Cir. 1999).

   The notice of removal fails to allege the citizenship of Defendants Ameriquest Mortgage Company and Western Progressive, LLC. Ameriquest is a corporation, but the location of its principal place of business is not addressed in the notice of removal other than to state that Ameriquest has been acquired by co-defendant Citigroup, Inc. This does not adequately address the issue because there is nothing in the notice of removal to suggest that Ameriquest has ceased existence as a separate legal entity. Western Progressive is limited liability company. An LLC is a citizen of the states of which its members/owners are citizens. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). The citizenship of the members/owners of Western Progressive are not provided. Instead, the notice of removal provides the place of incorporation and the principal place of business.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

Ocwen has not established diversity jurisdiction.  The case is REMANDED to the Superior Court of California, Los Angeles County.

IT IS SO ORDERED.